# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ortiz-Cabrera, Salvador | Docket No. | 0980 2:19CR00125-001 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Dan Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Salvador Ortiz-Cabrera, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 23rd day of October 2019 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

**Standard Condition #5:** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Ortiz-Cabrera is considered to be in violation of his conditions of pretrial release by being charged with possession with intent to distribute cocaine in the Eastern District of Washington on August 27, 2020, case number 2:20-MJ-00339-JTR-1.

Mr. Ortiz-Cabrera was released from detention and placed on pretrial services supervision with conditions on October 23, 2019. His conditions were reviewed with him on October 28, 2019. Mr. Ortiz-Cabrera signed a copy of his conditions indicating an understanding, including standard condition number 1, as noted above.

On August 27, 2020, a criminal complaint was filed in the Eastern District of Washington alleging Mr. Ortiz-Cabrera violated 21 U.S.C. § 841(a)(1) by possessing with intent to distribute cocaine. The Drug Enforcement Agency (DEA) executed a search warrant on August 26, 2020, at Mr. Ortiz-Cabrera's residence in Mattawa, Washington. During the execution of the search warrant, law enforcement officers seized approximately 18 grams of cocaine in the pocket of a jacket hanging on the coat rack near the front door. Officers found approximately 48 grams of cocaine concealed inside a boot in the living room. DEA agents transported the cocaine to the Spokane DEA Office where a field test was conducted which yielded a positive result for cocaine. Agents also found and seized two digital scales at the residence.

Mr. Ortiz-Cabrera is scheduled to make his initial appearance on the above noted charge on August 28, 2020.

**Violation #2:** Mr. Ortiz-Cabrera is considered to be in violation of his conditions of pretrial release by being found in possession of three firearms and various calibers of ammunition on August 26, 2020. The firearms seized were a 9mm handgun, a .30-06 rifle, and a 20-gauge shotgun.

Mr. Ortiz-Cabrera was released from detention and placed on pretrial services supervision with conditions on October 23, 2019. His conditions were reviewed with him on October 28, 2019. Mr. Ortiz-Cabrera signed a copy of his conditions indicating an understanding, including standard condition number 5, as noted above.

On August 26, 2020, a search warrant was executed at Mr. Ortiz-Cabrera's residence in Mattawa, Washington. During the execution of the search warrant, law enforcement officers located a loaded 9mm handgun in the pocket of a jacket hanging

near the front door on a coat rack, a .30-06 rifle in a case with a box of ammunition near the couch in the living room, and a 20-gauge shotgun in a case near the couch in the living room. Officers also found a total of three loaded 9mm handgun magazines and miscellaneous ammunition in different locations in the residence, as well as a case of 12-gauge shotgun ammunition in one of the vehicles parked at the residence. Mr. Ortiz-Cabrera was arrested and booked into the Spokane County Jail.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 28, 2020

by    s/Daniel M. Manning

Dan Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

August 28, 2020
Date